UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WATKINS, | No. 2:17-cv-1041 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. MURPHY, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. Plaintiff has filed a document entitled "Plaintiff Brief in Opposition Motion for Defendants Answer" (sic). See ECF No. 24. Plaintiff is informed that neither the Federal Rules of Civil Procedure nor the Local Rules of this court provide for the filing of a brief in opposition to an answer to a complaint. Therefore, plaintiff's filing will be disregarded. Plaintiff may, at the appropriate time, present the same information in a sworn affidavit with exhibits filed in support of a motion for summary judgment or in opposition to defendant's motion for summary judgment.

This is the second time the court has informed plaintiff that he has filed inappropriate documents in this case. See ECF No. 25. Plaintiff is cautioned to refrain from filing documents unless they are authorized by the Federal or Local Rules or by order of this court. Further errant filings will be viewed with disfavor.

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's "brief" filed April 23, 2018, ECF No. 24, shall remain on the docket but will be disregarded.

SO ORDERED.

DATED: April 26, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE