UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WATKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. MURPHY,<br><br>　　　　　Defendant. | No. 2:17-cv-1041 JAM AC P<br><br><br>ORDER |

  Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On January 18, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 66. Plaintiff has filed objections to the findings and recommendations. ECF No. 67.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 18, 2019, are adopted in full;

2. Plaintiff's motion for summary judgment, ECF No. 28, is denied; and

3. This case shall proceed to trial on plaintiff's Eighth Amendment excessive force claim against defendant Murphy.

DATED: June 3, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE