# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WATKINS, | No. 2:17-cv-1041 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. MURPHY, | |
| Defendant. | |

Plaintiff James Watkins is a state prisoner proceeding pro se and in forma pauperis with this civil rights action against sole defendant Correctional Officer D. Murphy on a claim of excessive force. On June 4, 2019, the district judge adopted the undersigned's findings and recommendations filed January 18, 2019, denying plaintiff's motion for summary judgment. See ECF Nos. 66, 77. This case will now proceed to trial.

This order directs the parties to identify the anticipated length of trial and any "black out" dates within the next year when the parties or their counsel will be unable to participate in trial or pretrial proceedings. The parties will later be directed to cooperate in the preparation of a Joint Pretrial Statement.

Accordingly, IT IS HEREBY ORDERED that, within fourteen (14) days after the filing date of this order, the parties shall file separate statements informing the court of: (1) the estimated length of trial, and (2) all known "black out" dates through June 2020 when either party

or their counsel is unavailable to participate in trial or pretrial proceedings.

SO ORDERED.

DATED: June 5, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE