UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WATKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>D. MURPHY,<br><br>        Defendant. | No. 2:17-cv-1041 JAM AC P<br><br><br>ORDER |

      Plaintiff James Watkins is a state prisoner proceeding pro se and in forma pauperis with this civil rights action against sole defendant CDCR Correctional Officer D. Murphy on a claim of excessive force. This case is now proceeding to trial before District Judge John A. Mendez. The parties have filed their respective statements concerning the estimated length of trial (two to three days) and their black-out dates. After reviewing the parties' statements, the district judge has directed the undersigned to inform the parties that **trial will commence on Monday, April 6, 2020, at 8:30 a.m. in Courtroom No. 6**.

      Accordingly, IT IS HEREBY ORDERED that on or before **Friday, October 4, 2019**, the parties shall file and serve **separate pretrial statements** that fully address each of the matters set forth in Local Rule 281(b); no exhibits shall be submitted at this time.

////

////

1

1 | SO ORDERED.
2 | DATED: July 9, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE