IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES WATKINS,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**D. MURPHY,**<br><br>　　　　　　　　　　　Defendant. | Case No. 2:17-cv-01041 JAM AC PC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S** *EX PARTE* **APPLICATION FOR AN EXTENSION OF TIME TO FILE SEPARATE PRETRIAL STATEMENT** |

On October 2, 2019, Defendant Murphy filed an *ex parte* application for a two-week extension of time in which to file his separate pretrial statement. Good cause appearing, defendant's request, ECF No. No. 91, is GRANTED. Accordingly, IT IS HEREBY ORDERED that:

Defendant's deadline to file his separate pretrial statement is extended 14 days, from October 4, 2019, up to and including October 18, 2019. If plaintiff has not already mailed his pretrial statement, this extension of time shall also apply to plaintiff.

**IT IS SO ORDERED.**

DATED: October 7, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1