| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WATKINS,

        Plaintiff,

    v.

D. MURPHY,

        Defendant.

No. 2:17-cv-1041 JAM AC P

ORDER

This prisoner civil rights case is scheduled for trial beginning on April 6, 2020 before District Judge John A. Mendez. See ECF No. 85. Plaintiff was directed to file and serve his Pretrial Statement no later than Friday, October 18, 2019. See ECF No. 92. However, the court has not received plaintiff's statement. The court will grant plaintiff one final extension of time to comply with the court's orders.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall, on or before Friday, November 15, 2019, file and serve his Pretrial Statement in this case, OR a statement requesting voluntary dismissal of his action.

2. No further extensions of time will be granted.

////

////

////

1

3. Failure of plaintiff to timely file and serve his Pretrial Statement will result in recommendation to the district judge that this action be dismissed without prejudice.

DATED: October 28, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE